# E-filing

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Timothy James Bell
    Plaintiff,

vs.

Steve Moore, Warden (A)
    Defendant.

CASE NO. CV 08 1363 TEH

PRISONER'S
IN FORMA PAUPERIS
APPLICATION

(PR)

I, <u>Timothy James Bell</u>, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

Note: The $5.00 Filing Fee is being paid; this document for future use
In support of this application, I provide the following information:

1.   Are you presently employed?     Yes <u>X</u> No ___

Deuel Vocational Institution Hobby Shop Tool Room Attendent
If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross:   $36    Net:   $36

Employer: Hobby Shop Manager, DVI, Tracy, CA

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

N/A

2.   Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.   Business, Profession or     Yes ___ No <u>X</u>
        self employment
    b.   Income from stocks, bonds,     Yes ___ No <u>X</u>
        or royalties?

    c.    Rent payments?                                Yes ___ No _X_

    d.    Pensions, annuities, or                  Yes ___ No _X_
        life insurance payments?

    e.    Federal or State welfare payments,    Yes ___ No _X_
        Social Security or other govern-
        ment source?

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

___N/A_____

_____

3.    Are you married?    Yes ___ No _X_

Spouse's Full Name: ___N/A_____

Spouse's Place of Employment: ___N/A_____

Spouse's Monthly Salary, Wages or Income:

Gross $___N/A_____    Net $___N/A_____

4.    a.    List amount you contribute to your spouse's support:

$ ___N/A_____

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

___None_____

_____

5.    Do you own or are you buying a home?    Yes ___ No _X_

Estimated Market Value: $___N/A_____ Amount of Mortgage: $___N/A_____

6.    Do you own an automobile?    Yes ___ No _X_

Make ___N/A_____ Year _N/A__ Model __N/A_____

Is it financed? Yes _N/A_ No _N/A_ If so, Total due: $ _N/A_____

Monthly Payment: $ __N/A__

7.  Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes _X_ No ___  Trust Office Account, See Certificate

Name(s) and address(es) of bank: __Deuel Vocational Institution__

__Tracy, CA__

Present balance(s): $ __See Certificate__

Do you own any cash? Yes _X_ No ___  Amount: $ __See Certificate__

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)
Yes ___ No _X_

__N/A__

8.  What are your monthly expenses?

Rent: $ __N/A__           Utilities: __N/A__

Food: $ __N/A__           Clothing: __N/A__

Charge Accounts: Hygiene Items: Approximately $20.00 month at Canteen

|  | Total Owed On |  |
|---|---|---|
| Name of Account | Monthly Payment | This Account |
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

__N/A__

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

3

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2/25/2008                    *Timothy Bell*
DATE                          SIGNATURE OF APPLICANT

4

Case Number:_____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of  Timothy James Bell  for the last six months at
[prisoner name]

Deuel Vocational Institution  where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 30 64  and the average balance in the prisoner's account each month for the most recent 6-month period was $ 471.68 .

Dated: 2/27/08          [signature]
                Authorized officer of the institution

5

```
REPORT ID: TS3030                                              PAGE NO: 1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                        DEUEL VOCATIONAL INSTITUTION
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD AUG. 26, 2007 THRU FEB. 27, 2008

ACCOUNT NUMBER: C34257                    BED/CELL NUMBER: N11800000000190
ACCOUNT NAME:   BELL, GISUTRY J           ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                            TRUST ACCOUNT ACTIVITY

    TRAN
DATE CODE  DESCRIPTION   COMMENT    CHECK NO  DEPOSITS  WITHDRAWALS  BALANCE
-----------------------------------------------------------------------------

08/26/2007  BEGINNING BALANCE                                          483.56

09/05 D400  HANDICRAFT SA  HANDI 1250            4.20                  487.34
09/05 D400  HANDICRAFT SA  HANDI 1297            9.11                  496.45
09/05 D400  HANDICRAFT SA  HANDI 1317           17.17                  513.62
09/05 D400  HANDICRAFT SA  HANDI 1488            8.59                  522.21
09/05 D400  HANDICRAFT SA  HANDI 1544            4.59                  526.80
09/05 D400  HANDICRAFT SA  HANDI 1534            1.79                  528.39
09/07 D553  INMATE PAYROL  5-1/701630           34.80                  563.19
09/17 FC02  DRAW-FAC 2     KL/701712                       75.00       488.19
09/17 W512  LEGAL POSTAGE  LGLPOST/16                       4.40       483.79
09/17 W512  LEGAL POSTAGE  LGLPOST/16                       4.40       479.39
09/19 W702  INF HANDICRAF  KELU700150                       4.24       475.15
09/19 W300  HANDICRAFT PU  KEL0701824 1974-7367            51.55       423.60
09/25 D452  DONATION-INTRA  TODU701547          58.40                  365.20
10/04 W501  SHIPPING CHAR  SCOUPS/173                       3.74       361.46
10/09 D553  INMATE PAYROL  5-3/702173           36.00                  397.46
10/10 W502  POSTAGE CHARG  PUS/702275                       1.99       395.47
10/15 FC02  DRAW-FAC 2     KL/702362                       75.00       320.47
10/15 FK01  CANTEEN RETUR  202/366                          5.25       325.72
10/18 D400  HANDICRAFT SA  HANDI/2477            8.59                  334.31
10/18 D400  HANDICRAFT SA  HANDI/2477           12.25                  346.56
10/18 D400  HANDICRAFT SA  HANDI/2477          200.00                  546.56
10/25 W702  INF SP SORCHA  HAHC700159                       0.54       546.02
10/25 W300  HANDICRAFT PU  KASC0A2607 19793854             13.38       532.64
11/05 W501  SHIPPING CHAR  GSO70282                        10.53       522.11
11/06 D553  INMATE PAYROL  5-2/702340           31.56                  553.67
11/06 W967  REVERSE STRAI  REV/702841                       7.00-      561.57
11/06 D425  DONATION-A A   TOD702954            64.75                  493.82
11/13 FC02  DRAW-FAC 2     KL/702993                      150.00       343.82
11/16 W702  INF HANDICRAF  MAHC700175                       8.30       335.52
11/16 W702  INF HANDICRAF  RKHC700167                      11.20       324.32
11/16 W300  HANDICRAFT PU  H&R 703087 147930405            86.20       238.12
11/16 W300  HANDICRAFT PU  ROCKLRS0A3 19793552             28.53       109.62
11/16 D400  HANDICRAFT SA  HANDI03070           53.05                  162.67
11/16 D400  HANDICRAFT SA  HANDI03070           12.66                  491.33
11/16 D400  HANDICRAFT SA  HANDI03070            4.30                  495.63
11/19 W810  CANCELLED CHE  926955/118                      25.00-      520.63
12/04 W701  USE TAX        WHHC700191                       1.84       518.79
12/04 W702  INF HANDICRAF  RNHC700191                       2.37       516.42
12/04 W300  HANDICRAFT PU  MARD703019 147138550            26.82       489.39
12/05 W502  POSTAGE CHARG  LGLPO/3483                       5.65       484.74
12/05 W502  POSTAGE CHARG  LGLPO/3483                       1.99       482.75
12/06 D553  INMATE PAYROL  5-1/702962           31.72                  514.47
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2/27/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

REPORT ID: TS3030   .701                                      REPORT DATE: 02/27/08
                                                              PAGE NO:      2

                    DEUEL VOCATIONAL INSTITUTION
                    INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 27, 2008

ACCT: C34252       ACCT NAME: BELL, ERNEST J              ACCT TYPE: I
      TRAN
DATE  CODE DESCRIPTION       COMMENT         CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
----  ---- -----------       -------         ---------  --------  -----------  -------

12/17 W502 POSTAGE CHARG LOLP033A56                                     3.59    514.49
12/17 W502 POSTAGE CHARG LJLP003586                                     5.05    509.43
12/17 D400 HANDICRAFT SA HANDI 3715                                     5.16    514.58
12/17 D400 HANDICRAFT SA HANDI 3715                                     2.59    517.18
12/17 D400 HANDICRAFT SA HANDI 3715                                     1.54    519.72
12/17 D400 HANDICRAFT SA HANDI 3715                                    25.79    545.51
12/17 D400 HANDICRAFT SA HANDI 3715                                      .59    546.10
12/17 D400 HANDICRAFT SA HANDI 3715                                     7.87    554.97
12/17 W601 CANTEEN RETUR 70X758                                         2.80-   563.77
12/17 TC02 DRAW-FAC 2     RL7703422                                    50.00    513.77
12/19 W452 DONATION-STRA REVDORO174                                     7.90    505.87
12/19 W350 SPECIAL PURCH CCC SP11-N 13717 CCNE                          9.68    496.19
      ACTIVITY FOR 2008
01/03 D400 HANDICRAFT SA HANDI 4014                                     7.44    499.63
01/03 D400 HANDICRAFT SA HANDI 4014                                     3.44    503.06
01/03 D400 HANDICRAFT SA HANDI 4014                                     8.59    511.65
01/03 D400 HANDICRAFT SA HANDI 4014                                     8.59    520.24
01/03 D400 HANDICRAFT SA HANDI 4014                                    17.17    537.41
01/03 D400 HANDICRAFT SA HANDI 4014                                     8.59    546.00
01/03 D400 HANDICRAFT SA HANDI 4014                                    17.17    563.17
01/03 D400 HANDICRAFT SA HANDI 4014                                    15.02    578.19
01/07 D553 INMATE PAYROL S-27704047                                    36.00    614.19
01/08 W423 DONATION-MAKC W27704119                                     61.00    553.19
01/10 W300 HANDICRAFT PU HDHC700143 1975 S9671                          3.75    549.44
01/10 W300 HANDICRAFT PU HDHC700143 1975 S9671                          5.50    543.94
01/15 TC02 DRAW-FAC 2     RL7704273                                    75.00    468.94
01/18 D400 HANDICRAFT SA HANDI 4326                                    16.30    485.24
01/18 D400 HANDICRAFT SA HANDI 4326                                     4.30    489.54
01/18 D400 HANDICRAFT SA HANDI 4326                                    12.88    502.42
02/06 D553 INMATE PAYROL S-27704754                                    23.28    525.70
02/07 W701 USE TAX       JCFNOP1137                                     9.38    516.32
02/07 W700 INT SP SURCHG JCFNOP1137                                    12.10    504.22
02/07 W350 SPECIAL PURCH JCFNRV4017 1479-9941                         139.93    364.29
02/07 D400 HANDICRAFT SA HANDIS4817                                    34.32    398.61
02/07 D400 HANDICRAFT SA HANDIS4818                                    34.32    432.93
02/08 W810 CANCELLED CHE V074074031                                   159.93-   572.86
02/08 W350 SPECIAL PURCH JCFEHD4877 1479-5942                         139.93    432.93
02/11 TC02 DRAW-FAC 2     RATN704904                                  100.00    332.93
02/15 D400 HANDICRAFT SA HANDI75629                                     8.59    341.52
02/15 D400 HANDICRAFT SA HANDI75629                                    85.78    427.30
02/27 W220 STATE FILING  STATFE5298                                     5.00    422.30

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2/27/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
    TRUST OFFICE

REPORT ID: TS3030    REPORT DATE: 02/27/08
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
DEUEL VOCATIONAL INSTITUTION
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: AUG. 28, 2007 THRU FEB. 27, 2008

ACCOUNT NUMBER: C34257    ACCOUNT NAME: BELL, TYRONE J.    ACCT TYPE: I

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 463.56 | 1,181.74 | 1,209.00 | 22.30 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
---------------
422.30

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2/27/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE