United States District Court
Northern District of California

E-filing

Timothy Bell, C-34257
P.O. Box 20/L-329
Tracy, CA  95376
Pro Se

In re: Timothy Bell, C-34257          Case No.

1363

**REQUEST FOR APPOINTMENT
OF COUNSEL**

**DECLARATION OF INDIGENCY**

To the Honorable Judge of the Above Entitled Court:

It is requested that Counsel be appointed to the Petitioner for the
listed reasons:

1)    Petitioner is unable to afford counsel, earning less than $1.00
      per hour.

2)    Petitioner has searched for volunteer counsel, private law firms,
      law schools, Prison Law Office, and Civil Rights Clinic.  All
      attempts were unsuccessful.  Another inmate has helped me with
      this.

3)    This is a complex case and the Petitioner is without legal
      training.

4)    Petitioner has limited access to the law library and we are
      frequently on lockdown or other restricted movement status.

5)    In the interest of justice, savings of tax dollars (spent on
      correcting errors), and court resources, Petitioner is requesting
      appointment of Public Defender's Office (or another firm
      experienced in Lifer issues) to represent in this case.

## Verification

I am the Petitioner in this case and declare under penalty of perjury
that the foregoing is true and correct on this date at Tracy,
California.

Date: 2/25/2008

Timothy Bell, C-34257
Petitioner Pro Se